UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MORGAN HOWARTH,

             Plaintiff,

**ORDER**

v.

21 CV 6962 (VB)

KEY WEST POOLSCAPES, LLC, and
MICHAEL TIMOTHY CARROLL, JR.,
             Defendants.
--------------------------------------------------------------x

      Plaintiff commenced the instant action on August 18, 2021.

      On October 20, 2021, plaintiff docketed an affidavit of service indicating service on both defendants on September 13, 2021. (Doc. #10). Accordingly, defendants had until October 4, 2021, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendants have not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default by **November 12, 2021**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **November 29, 2021**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: October 29, 2021
      White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge